

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2021

No. 04-21-00119-CV

David W. **HOWELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-593
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On May 13, 2021, we struck Appellant's brief for failing to comply with requirements of the Texas Rules of Appellate Procedure. *See, e.g.*, TEX. R. APP. P. 38.1. We ordered Appellant to file an amended brief that fully complied with the applicable rules. *See id.* R. 9.4, 9.5, 38.1.

Appellant timely filed an amended brief, but it does not fully comply with the applicable rules. For example, the citations to the record do not include page numbers for either the clerk's or reporter's records. Given the citation and other defects, the amended brief does not include Rule-compliant versions of the following:

- Statement of Facts.
- Argument, or
- an Appendix.

*See id.* R. 9.4, 9.5, 38.1.

We recognize Appellant is acting pro se on appeal. But "a pro se litigant is held to the same standards as licensed attorneys and must comply with applicable laws and rules of procedure." *Strange v. Cont'l Cas. Co.*, 126 S.W.3d 676, 677 (Tex. App.—Dallas 2004, pet. denied).

Nevertheless, despite the amended brief's defects, we are not ordering Appellant to file a second amended brief. However, the submission panel may determine that Appellant has waived one or more issues due to inadequate briefing if the noted deficiencies are not corrected prior to

submission.  *See Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 (Tex. App.—Houston [14th Dist.] 2008, no pet.) (briefing waiver).

Appellees' brief is due on June 18, 2021.  *See* TEX. R. APP. P. 38.6(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2021.

MICHAEL A. CRUZ, Clerk of Court